1078

[Nos. 48662-4-I; 50830-0-I;    Division One.    June 14, 2004.]
50135-6-I.

*In the Matter of* PAUL TRUMMEL.

PAUL TRUMMEL, *Appellant*, v. STEPHEN MITCHELL, ET AL.,
*Respondents*.

STEPHEN MITCHELL, ET AL., *Appellants*, v. PAUL TRUMMEL,
*Respondent*.

Appeals from judgments of the Superior Court for King County, No. 01-2-04698-5, James A. Doerty, J., entered April 19 and October 23, 2001, and June 21, 2002. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Schindler, JJ.

[No. 48744-2-I.    Division One.    June 14, 2004.]

*In the Matter of the Detention of* CHRISTOPHER C. RUDOLPH,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-01735-9, Palmer Robinson, J., entered June 26, 2001. *Affirmed* by unpublished opinion per Ellington, A.C.J., concurred in by Kennedy and Agid, JJ.

[No. 49587-9-I.    Division One.    June 14, 2004.]

*In the Matter of the Detention of* ROBERT BERGEN,
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-04135-3, Richard J. Thorpe, J., entered November 2, 2001. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Kennedy and Becker, JJ.